AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| JS IP, LLC; FONTAINEBLEAU FLORIDA HOTEL, LLC; FONTAINEBLEAU FLORIDA TOWER 2, LLC; and FONTAINEBLEAU FLORIDA<br><br>*Plaintiff(s)*<br><br>v.<br><br>HOTELTRON CORPORATION, a Florida Company, doing business as LUXURYREZ VACATION RENTALS CORPORATION, and MICHAEL MIMOUN<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:17-cv-23619-FAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HOTELTRON CORPORATION
C/O Noa Abehasera, Registered Agent
1467 Mariner Way
Hallandale Beach, FL 33019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Robert Martinez, Stephanie Casey, & Lindsey L. Friedman
Colson Hicks Eidson, PA
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
305.476.7400 (tel)
bob@colson.com; scasey@colson.com; lindsey@colson.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/03/2017

Steven M. Larimore
Clerk of Court



**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| JS IP, LLC; FONTAINEBLEAU FLORIDA HOTEL, LLC; FONTAINEBLEAU FLORIDA TOWER 2, LLC; and FONTAINEBLEAU FLORIDA<br><br>*Plaintiff(s)*<br>v.<br><br>HOTELTRON CORPORATION, a Florida Company, doing business as LUXURYREZ VACATION RENTALS CORPORATION, and MICHAEL MIMOUN<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  1:17-cv-23619-FAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Mimoun
1467 Mariner Way
Hallandale Beach, FL 33019

Luna Paradise by the Sea
4221 Bougainbilla Drive
Lauderdale-By-the-Sea, FL 33308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert Martinez, Stephanie Casey, & Lindsey L. Friedman
Colson Hicks Eidson, PA
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
305.476.7400 (tel)
bob@colson.com; scasey@colson.com; lindsey@colson.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: ___10/03/2017___



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts